UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

THERESA DUFFEY,
individually, and on behalf
of all others similarly
situated,

      Plaintiff,

v.                          Case No:  2:20-cv-501-JES-MRM

SURFSIDE COFFEE COMPANY,
LLC, a foreign limited
liability company,

      Defendant.

_____

## OPINION AND ORDER

This matter is before the Court on consideration of the
Magistrate Judge's Report and Recommendation (Doc. #43), filed
January 22, 2022, recommending that the parties' Second Amended
Joint Motion for Approval of Parties' Settlement Agreement and
Stipulation of Dismissal With Prejudice (Doc. #42) be granted, the
revised Mutual Release and Settlement Agreement be approved, and
the action be dismissed.  The parties filed a Joint Notice of
Waiving the Objection Period (Doc. #44) on January 24, 2022,
waiving the objection period seeking expedited review.

After conducting a careful and complete review of the findings
and recommendations, a district judge may accept, reject or modify
the magistrate judge's report and recommendation.  28 U.S.C. §
636(b)(1); Williams v. Wainwright, 681 F.2d 732 (11th Cir. 1982),

cert. denied, 459 U.S. 1112 (1983).  In the absence of specific objections, there is no requirement that a district judge review factual findings de novo, Garvey v. Vaughn, 993 F.2d 776, 779 n.9 (11th Cir. 1993), and the court may accept, reject or modify, in whole or in part, the findings and recommendations.  28 U.S.C. § 636(b)(1).  The district judge reviews legal conclusions de novo, even in the absence of an objection.  See Cooper-Houston v. Southern Ry. Co., 37 F.3d 603, 604 (11th Cir. 1994); Castro Bobadilla v. Reno, 826 F. Supp. 1428, 1431-32 (S.D. Fla. 1993), aff'd, 28 F.3d 116 (11th Cir. 1994) (Table).

Unlike prior motions for approval, the Magistrate Judge found an adequate explanation for the difference between the settlement amount and the higher amount claimed by plaintiff to support and concluded that the monetary terms are fair and reasonable.  As to non-cash concessions, the Magistrate Judge found that the mutual general release language was specifically bargained for, the neutral reference provision inured a benefit upon plaintiff and an added consideration was negotiated, the non-disparagement clause was found to be mutual, and the waiver of a jury trial was also mutual and reciprocal.  Lastly, the Magistrate Judge recommends that the amount of fees and costs are fair and reasonable without compromising the amount paid.  After conducting an independent examination of the file and upon due consideration of the Report

and   Recommendation,   the   Court   accepts   the   Report   and Recommendation of the magistrate judge.

Accordingly, it is now

**ORDERED**:

1.    The   Report   and   Recommendation   (Doc.   #43)   is   hereby **adopted,** and the findings **incorporated** herein.

2.    The parties' Second Amended Joint Motion for Approval of Parties'  Settlement  Agreement  and  Stipulation  of  Dismissal  With Prejudice  (Doc.  #42)  is  **granted**  and  the  Mutual  Release  and Settlement  Agreement  (Doc.  #42-1)  is  approved  as  a  fair  and reasonable resolution of a bona fide dispute.

3.    The  Clerk  shall  enter  judgment  **dismissing**  the  case  with prejudice, terminate all deadlines and motions, and close the file.

**DONE  and  ORDERED**  at  Fort  Myers,  Florida,  this   __24th__   day of January 2022.

_____
JOHN E. STEELE
SENIOR UNITED STATES DISTRICT JUDGE

Copies:
Hon. Mac R. McCoy
United States Magistrate Judge

Counsel of Record
Unrepresented parties